der against Alexander Schlang. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

---

SCHOENHERR v. VAN METER. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Henry Schoenherr against W. K. Van Meter, as trustee in bankruptcy of the Brooklyn Consolidated Drug Company, and others. No opinion. Judgment affirmed, with costs, on authority of Matter of Meighan, 106 App. Div. 599, 94 N. Y. Supp. 1153, affirmed 182 N. Y. 558, 75 N. E. 1131.

---

In re SCHOONMAKER et al. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) In the matter of the application of Adrian O. Schoonmaker and others for payment of award made to unknown owners, etc. No opinion. Motion granted, and matter referred to J. Harry Snook, Esq., to take proof and report, with his opinion.

---

SCHWARTZ, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Michel I. Schwartz against Herbert E. Williams and others. Appeal Nos. 1 and 2. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 153 App. Div. 302, 137 N. Y. Supp. 1048; 153 App. Div. 918, 138 N. Y. Supp. 1141.

---

SCOTT & FOWLES CO., Appellant, v. WRIGHT, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Scott & Fowles Company against Nannie H. Wright. J. W. Prendergast, of New York City, for appellant. J. J. Crawford, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict was against the weight of evidence. Settle order on notice.

---

SEAMAN, Respondent, v. SHELDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Elijah H. Seaman, as trustee in bankruptcy, etc., against George R. Sheldon. No opinion. Order affirmed, with $10 costs and disbursements, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

---

SEIBERT, Respondent, v. GRIFFITH, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Luther B. Seibert against William M. Griffith, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

SEIDAK, Respondent, v. FOUNDATION CO., Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Charles F. Seidak against the Foundation Company. B. C. Loder, of New York City, for appellant. T. H. Beardsley, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SHALLECK, Respondent, v. MINETTO-MERIDEN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Stansalaus Shalleck against the Minetto-Meriden Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

SHAMPINE, Respondent, v. CARDINAL, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Frederick Shampine against William Cardinal. No opinion. Judgment unanimously affirmed, with costs.

---

SHAWNEE FIRE INS. CO., Respondent, v. NEWMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Shawnee Fire Insurance Company against Robert J. Newman and others. C. Goldzier, of New York City, for appellants. C. P. Williamson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 N. Y. Supp. 1144.

---

SHEEHAN, Appellant, v. KALLE, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Sarah Sheehan against Charles F. Kalle. C. J. Earley, of New York City, for appellant. E. D. Worcester, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re SHUEFELT. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) In the matter of the application of Margaret M. Shuefelt to compel George W. Donnan and Benjamin Terk, attorneys of the state of New York, to pay over certain moneys. No opinion. Order affirmed, with $10 costs and disbursements.

---

SIEFTER, Respondent, v. AMERICAN BONDING CO. OF BALTIMORE, Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Frederick Siefter against the American Bonding Company of Baltimore. No opinion. Order modified, by directing plaintiff to state the number and location of the office where verbal and written communications were given, and, as so modified, affirmed, without costs. See, also, 143 N. Y. Supp. 1144.